**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 111 EAL 2017
                                         :
            Respondent                :
                                          :    Petition for Allowance of Appeal from
                                          :    the Order of the Superior Court
            v.                         :
                                          :
                                          :
JOHN BRADLEY,                       :
                                          :
            Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.